

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00602-CR

Cami Jamar **PAYTON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR11974
Honorable Jefferson Moore, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Beth Watkins, Justice
               Liza A. Rodriguez, Justice

Delivered and Filed: January 13, 2021

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

On January 4, 2021, appellant filed a voluntary motion to dismiss stating he no longer desires to pursue his appeal. The motion complies with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). Accordingly, we grant the motion and dismiss the appeal. *See id.* We further order the clerk of the court to immediately issue mandate contemporaneously with the issuance of this opinion. *See id*. R. 18.1(c).

PER CURIAM

DO NOT PUBLISH